# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DEONTE MARSHALL**
**a/k/a Deonte Watson**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 21, 2008** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Smith & Wesson .32 caliber revolver and .32 caliber ammunition.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **DETECTIVE ANTHONY PATTERSON**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

**Signature of Complainant**
**DETECTIVE ANTHONY PATTERSON**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                          City and State

_____          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF ARREST WARRANT

Your affiant is a Metropolitan Police Detective assigned to Homicide Branch. In the course of my duties I investigated an incident involving Assault with Intent to Kill that occurred May 10, 2008 in the District of Columbia.

On Wednesday, May 21, 2008, a District of Columbia Superior Court search warrant was signed, authorizing a search of the residence DEONTE MARSHALL's residence in an attempt to recover the weapon related to the Assault With the Intent to Kill. This search and seizure warrant was executed at 7:20PM, May 21, 2008. Recovered from MARSHALL's room which was locked before police officers entered, was a 32 caliber, Smith & Wesson revolver, serial #489149. This weapon was loaded with five live rounds of ammunition. Investigation determined that MARSHALL is the sole occupant of the room. Mail matter in his name was observed inside the room as well as identification documents. .

　　Your affiant has reviewed court records and determined that DEONTE MARSHALL was convicted in the District of Columbia Superior Court of the felony offense, Criminal Case No. 2000 FEL 007361.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DETECTIVE ANTHONY PATTERSON
　　　　　　　　　　　　　　　　　　　　　　　Metropolitan Police Department

Sworn and subscribed to be me this _____ day of May 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge