AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

965736

UNITED STATES OF AMERICA
V.

DEONTE MARSHALL

**FILED**
MAY 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 3 4 4 - M 0 1

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DEONTE MARSHALL a/k/a Deonte Watson__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Smith & Wesson .32 caliber revolver and .32 caliber ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

Name of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE
Signature of Issuing Officer

Title of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE
Date and Location: MAY 23 2008, District of Columbia

RECEIVED WARRANT SECTION 2008 MAY 27 AM 9:38

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-27-2008 | Per recording officer Dusm Douglas Tallim | [signature] |