# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-344M** |
| | : | |
| v | : | |
| | : | |
| **DEONTE A. MARSHALL** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney David P. Saybolt at telephone number (202) 514-7585 and/or email address David.Saybolt@usdoj.gov.

        Respectfully submitted,

        JEFFERY A. TAYLOR
        United States Attorney

BY:    */s/ David P. Saybolt*
        DAVID P. SAYBOLT
        Assistant United States Attorney
        Federal Major Crimes Section
        VA Bar No 44518
        555 4th Street, N.W. #4840
        Washington, DC 20530
        (202) 307-6080; Fax: 353-9414
        David.Saybolt@usdoj.gov