IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 08-344M (DAR) |
| DEONTE MARSHALL ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE THE PRELIMINARY AND DETENTION
HEARINGS AND LIMITED WAIVER OF SPEEDY TRIAL RIGHTS**

Deonte Marshall, through undersigned counsel, hereby requests that the Court continue his combined preliminary and detention hearing, and states in support the following:

1. On May 23, 2008, a criminal complaint was filed charging Mr. Marshall with wire fraud and mail fraud, in violation of 18 U.S.C. § 922(g).

2. On May 27, 2008, Mr. Marshall made his initial appearance before the Court. A combined preliminary hearing and detention hearing was scheduled for June 3, 2008.

3. Since that time, the parties have twice continued the hearing in order to work out a disposition. The hearing is currently scheduled for Wednesday, July 2, 2008. The parties are still working towards a disposition, but need more time than the time between now and July 2, 2008

4. Based on the above, the parties are requesting that the hearing be continued until July 15, 2008, at 1:30pm.

5. Undersigned counsel has discussed the Speedy Trial Act with Mr. Marshall, and he willingly, freely, and voluntarily waives his speedy trial rights as set forth in 18 U.S.C. § 3161(b). He waives the time from the date of the filing of this motion until the date of the preliminary

hearing on July 17, 2008.  He submits that it would be in the interests of justice to do so and in his best interest.

    6.  AUSA David Saybolt does not oppose this motion.

WHEREFORE, Mr. Marshall respectfully requests that the court grant his motion for a continuance, accept his waiver of speedy trial, and re-set his preliminary and detention hearing for July 17, 2008.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

JONATHAN JEFFRESS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 08-344M (DAR) |
| **DEONTE MARSHALL** ) | |
| _____ ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue the Preliminary and Detention Hearings, it is this _____ day of _____ , 2008, hereby

**ORDERED** that the defendant's motion is **GRANTED** and a new preliminary and detention hearing date shall be set for _____, 2008 at _____am/pm.

**ORDERED** that the time from July 2, 2008 until July 17, 2008 shall be waived from the speedy trial clock.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE