IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | **FILED** |
| ) | | |
| v.        ) | Cr. No. 08-344M (DAR) | JUL 2 - 2008 |
| ) | | |
| DEONTE MARSHALL   ) | | NANCY MAYER WHITTINGTON, CLERK |
| _____ ) | | U.S. DISTRICT COURT |

ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Preliminary and Detention Hearings, it is this **2nd** day of **July**, 2008, hereby

ORDERED that the defendant's motion is **GRANTED** and a new preliminary and detention hearing date shall be set for **July 17, 2008**, 2008 at **1:30** am/pm.

ORDERED that the time from July 2, 2008 until July 17, 2008 shall be waived from the speedy trial clock.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE